UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-1768 CIV- GRAHAM

UNITED STATES OF AMERICA.,

        Plaintiff,

vs.

DAVE BELL,

        Defendant.
_____/

## ORDER OF SUBSTITUTION OF COUNSEL

PURSUANT to the Stipulation for Substitution of Counsel which has been filed with the Court (D.E 20), it is hereby

ORDERED AND ADJUDGED as follows:

DAVID E. NEWMAN, P.A., is hereby substituted as attorney of record for the Plaintiff, UNITED STATES OF AMERICA, in place of ALOYMA M. SANCHEZ, Assistant United States Attorney. ALOYMA M. SANCHEZ is hereby relieved of any further responsibility of representing the Plaintiff, UNITED STATES OF AMERICA, in this matter. All further papers and pleadings shall be served on: DAVID E. NEWMAN, P.A., 1533 Sunset Drive, Suite 225, Coral Gables, Florida 33143.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida, this  7th  day of August, 2008.

                              s/Donald L. Graham
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

CC: All Counsel of Record
      David E. Newman, Esq.